BRIAN D. NETTLES, ESQ
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
christian@nettlesmorris.com
victoria@nettlesmorris.com
*Attorneys for Plaintiffs*
-and-
Jason C. Webster (motion for admission *pro hac vice* forthcoming)
Russell B. Serafin (*pro hac vice*)
The Webster Law Firm
6200 Savoy, Suite 150
Houston, Texas 77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
Email: filing@thewebsterlawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHIF SHANKLE as Special Administrator of the Estate of JUAN JOSE AGUILAR TALAVERA, deceased; MICHELLE DENISSE AGUILAR GONZALEZ, as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased; HEITRIAN NAXYELI AGUILAR GONZALEZ, as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased; and ZIANYA NATALIA MARISA AGUILAR GONZALEZ as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased, and Kashif Shankle as Special Administrator of the Estate of LUIS OVIDIO GONZALEZ FLORES, deceased, PABLO GONZALEZ GONZALEZ, as Heir to the Decedent, LUIS OVIDIO GONZALEZ FLORES, deceased; LORENA GUADALUPE FLORES BARRON as Heir to the Decedent, LUIS OVIDIO GONZALEZ FLORES, deceased, and INGRID YANEL ALONSO MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF L.M.G.A., A Minor as Heirs to the Decedent, LUIS OVIDIO | CASE NO.: 2:21−cv−01065−JAD−NJK<br><br>**STIPULATION AND ORDER TO STAY**<br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

1

|   |   |
|---|---|
| GONZALEZ FLORES, deceased,<br>          Plaintiffs,<br><br>v.<br><br>TVPX AIRCRAFT SOLUTIONS INC., a foreign corporation; COMPAÑÍA DE AVIACIÓN Y LOGISTICA EMPRESARIAL S.A. DE C.V. a foreign company; and TVPX 2017 MSN 5043 BUSINESS TRUST, a foreign company; NABOR BONILLA CALDERA, an individual; ATLANTIC AVIATION FBO INC., a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>          Defendants. |   |

The parties, Plaintiffs Kashif Shankle, as Special Administrator of the Estates of Juan Jose Aguilar Talavera and Luis Ovidio Gonzalez Flores, et al., and Defendants TVPX Aircraft Solutions Inc., et al., by and through their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

WHEREAS, the Parties referenced hereinabove have filed their Joint Status Report **[Doc. 20]** on July 7, 2021 requesting this Court to stay the July 26, 2021 deadline to enter a discovery plan/scheduling order until the Court has entered an Order on Plaintiffs' Motion to Remand **[Doc. 19]**.

WHEREAS, Plaintiffs' counsel represents that service was initiated through the Hague Convention for Defendants Nabor Bonilla Caldera and Compañía De Aviación Y Logistica Empresarial S.A. De C.V. on May 27, 2021. No service documents have been filed in the state court action at the time of removal on June 4, 2021 and Defendants have no information on when or if service was initiated through the Hague Convention, other than what has been represented by Plaintiffs' counsel. No appearance has been made by either Defendant, Nabor Bonilla Caldera or Defendant, Compañía De Aviación Y Logistica Empresarial S.A. De C.V., and thus the parties herein are not representing a position for them in this stipulation and order to stay.

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

WHEREAS, the Parties herein agree that this Court should stay the July 26, 2021, deadline to enter a discovery plan/scheduling order until the Court has entered an Order on Plaintiffs' Motion to Remand **[Doc. 19]** in this matter.

IT IS STIPULATED AND AGREED BY THE PARTIES that all activity in this case shall be stayed until such time that this Court has reviewed the papers of this case and has decided a ruling on Plaintiffs' Motion to Remand **[Doc. 19]** herein.

DATED this **26th** day of July, 2021.

THE WEBSTER LAW FIRM

*/s/ Russell B. Serafin*
Russell B. Serafin
Texas State Bar No. 18031500
6200 Savoy Drive, Suite 150
Houston, Texas 77036
*Attorneys for Plaintiffs*

HYMANSON & HYMANSON

*/s/ Henry Joseph Hymanson*
Philip M. Hymanson, Esq.
Nevada State Bar No. 2253
Henry Joseph Hymanson
Nevada State Bar No. 14381
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorneys for Defendants TVPX Aircraft Solutions Inc. and TVPX 2017 MSN 5043 Business Trust*

**IT IS SO ORDERED**.

Dated this __4__ day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of THE WEBSTER LAW FIRM and that service of the foregoing **STIPULATION AND ORDER TO STAY** was made on the **26th** day of July 2021, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing system.

*/s/Vanessa Aguirre*
An employee of THE WEBSTER LAW FIRM

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300