BRIAN D. NETTLES, ESQ
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
christian@nettlesmorris.com
victoria@nettlesmorris.com
*Attorneys for Plaintiffs*
-and-
Jason C. Webster (motion for admission *pro hac vice* forthcoming)
Russell B. Serafin (*pro hac vice*)
The Webster Law Firm
6200 Savoy, Suite 150
Houston, Texas 77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
Email: filing@thewebsterlawfirm.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Kashif Shankle as Special Administrator of the Estate of JUAN JOSE AGUILAR TALAVERA, deceased; MICHELLE DENISSE AGUILAR GONZALEZ, as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased; HEITRIAN NAXYELI AGUILAR GONZALEZ, as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased; and ZIANYA NATALIA MARISA AGUILAR GONZALEZ as Heir to the Decedent JUAN JOSE AGUILAR TALAVERA, deceased<br><br>Kashif Shankle as Special Administrator of the Estate of LUIS OVIDIO GONZALEZ FLORES, deceased, PABLO GONZALEZ GONZALEZ, as Heir to the Decedent, LUIS OVIDIO GONZALEZ FLORES, deceased; | CASE 2:21-cv-01065<br><br>PLAINTIFFS' JOINT MOTION FOR EXTENSION OF TIME ON ORDER SHORTENING TIME<br><br>(First Request) |

-1-

LORENA GUADALUPE FLORES BARRON as Heir to the Decedent, LUIS OVIDIO GONZALEZ FLORES, deceased, and INGRID YANEL ALONSO MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF L.M.G.A., A Minor as Heirs to the Decedent, LUIS OVIDIO GONZALEZ FLORES, deceased

        Plaintiffs,

vs.

TVPX AIRCRAFT SOLUTIONS, INC., COMPAÑÍA DE AVIACIÓN Y LOGISTICA EMPRESARIAL S.A. DE C.V., and TVPX 2017 MSN 5043 BUSINESS TRUST, NABOR BONILLA CALDERA, AND ATLANTIC AVIATION FBO INC

        Defendants.

## PLAINTIFFS' JOINT MOTION FOR EXTENTION OF TIME TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REMAND

Plaintiffs, by and through their counsel of record, hereby file this Motion for Extension of Time on Order Shortening Time.

This motion is made and based upon the following memorandum of points and authorities, the pleadings and papers on file herein, and any oral argument at the time of hearing. As such, Plaintiffs hereby request that their Reply to Defendants' Response to Plaintiffs' Motion to Remand is extended from July 27, 2021 until August 2, 2021, in accordance with the six-day extension this Court afforded Defendants to file their Response brief.

DATED this 22nd day of July, 2021.

THE WEBSTER LAW FIRM

*/s/ Russell B. Serafin*
Russell B. Serafin
Texas State Bar No. 18031500
6200 Savoy Drive, Suite 150
Houston, Texas 77036
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of THE WEBSTER LAW FIRM and that service of the foregoing **STIPULATION AND ORDER TO STAY** was made on the 22nd day of July 2021, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing system.

*/s/ Vanessa Aguirre*
**An employee of THE WEBSTER LAW FIRM**

**IT IS SO ORDERED** *nunc pro tunc.*

Dated this  4  day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

NETTLES | MORRIS
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)